(85 South. 927)

SHARP et al. v. HEBBLE–DARLOW CO.
(7 Div. 623.) (Court of Appeals of Alabama.
Feb. 3, 1920.) Appeal from Circuit Court,
Calhoun County; Hugh D. Merrill, Judge.
Blackwell, Agee & Bibb, of Anniston, for appellee.

MERRITT, J. Affirmed on certificate.

(85 South. 927)

SHEPPERD et al. v. STATE. (7 Div. 629.)
(Court of Appeals of Alabama. Jan. 22, 1920.)
Appeal from Circuit Court, Calhoun County;
W. J. Martin, Judge. P. F. Wharton and H.
A. Emerson, both of Anniston, for appellants.
J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of each defendant separately.

(81 South.¹ 894)

SIBLEY v. BARCLAY. (6 Div. 521.)
(Court of Appeals of Alabama. Jan. 14, 1919.)
Appeal from Circuit Court, Jefferson County;
Henry A. Sharpe, Judge. Winkler & Smith,
of Birmingham, for appellant. Harsh, Harsh
& Harsh, of Birmingham, for appellee.

SAMFORD, J. Settled between parties and
appeal dismissed.

(87 South. 926)

SKUNNARO v. STATE. (1 Div. 381.)
(Court of Appeals of Alabama. Nov. 16, 1920.)
Appeal from Circuit Court, Washington County; Ben D. Turner, Judge. J. Q. Smith, Atty.
Gen., for the State.

PER CURIAM. Appeal dismissed on motion
of Attorney General.

(87 South. 926)

SKUNNARO et al. v. STATE. (1 Div. 380.)
(Court of Appeals of Alabama. Nov. 16, 1920.)
Appeal from Circuit Court, Washington County; Ben D. Turner, Judge. J. Q. Smith, Atty.
Gen., for the State.

PER CURIAM. Appeal dismissed on motion
of Attorney General.

(81 South. 894)

SMITH v. CITY OF BIRMINGHAM. (6
Div. 575.) (Court of Appeals of Alabama.
April 24, 1919.) Appeal from Circuit Court,
Jefferson County; William E. Fort, Judge.
Murray & Hanna, of Birmingham, for appellant. Jere C. King, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(85 South. 927)

SMITH v. HINES, Director General. (3 Div.
356.) (Court of Appeals of Alabama. June 29,
1920.) Appeal from Circuit Court, Conecuh
County; A. E. Gamble, Judge. Edwin C. Page,
of Evergreen, for appellee.

PER CURIAM. Affirmed on certificate.

(87 South. 927)

SMITH v. STATE. (3 Div. 366.) (Court
of Appeals of Alabama. Feb. 1, 1921.) Appeal
from Circuit Court, Autauga County; B. K.
McMorris, Judge. J. Q. Smith, Atty. Gen., for
the State.

PER CURIAM. Appeal dismissed on motion
of Attorney General.

(87 South. 927)

SMITH v. STATE. (4 Div. 659.) (Court
of Appeals of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Pike County; A. B.
Foster, Judge. J. Q. Smith, Atty. Gen., for
the State.

PER CURIAM. Appeal dismissed on motion
of appellant.

(87 South. 927)

SMITH v. WARLEY FRUIT & PRODUCE
CO. (1 Div. 410.) (Court of Appeals of Alabama. Feb. 8, 1921.) Appeal from Circuit
Court, Mobile County; Saffold Berney, Judge.
R. H. & R. M. Smith & Middleton, of Mobile,
for appellant. Stevens, McCorvey & McLeod,
of Mobile, for appellee.

PER CURIAM. Appeal dismissed on motion
of appellant.

(85 South. 927)

SMITHERMAN v. STATE. (5 Div. 320.)
(Court of Appeals of Alabama. April 20, 1920.)
Appeal from Circuit Court, Chilton County; F.
Lloyd Tate, Judge. J. Q. Smith, Atty. Gen., for
the State.

MERRITT, J. Appeal dismissed on motion
of Attorney General.

(81 South. 894)

SOUTHERN LUMBER & MFG. CO. v.
PINE TREE LUMBER CO. (5 Div. 291.)
(Court of Appeals of Alabama. April 17, 1919.)
Appeal from Circuit Court, Chilton County;
Leon McCord, Judge. L. F. Gerald, of Clanton, for appellee.

PER CURIAM. Appeal dismissed for want
of prosecution.

(82 South. 895)

SOUTHERN RY. CO. v. YOUNG. (7 Div.
595.) (Court of Appeals of Alabama. June 3,
1919.) Appeal from Circuit Court, Calhoun
County; Hugh D. Merrill, Judge. Knox, Acker, Dixon & Sterne, of Anniston, for appellant.
Ross Blackmon, of Anniston, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(81 South. 895)

SPENCER et al. v. GEORGIA LOAN &
TRUST CO. (6 Div. 553.) (Court of Appeals of Alabama. April 24, 1919.) Appeal
from Circuit Court, Jefferson County; C. B.
Smith, Judge. Joseph T. Collins, Jr., of Birmingham, for appellants. H. A. Dickinson, of
Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want
of prosecution.